## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

# SUMMONS IN A CIVIL CASE

Susan Hamman,
Plaintiff,

Docket Number: _____

Assigned Judge: _____

v.

Designated
Magistrate Judge: _____

Encore Receivable Management, Inc., a
Kansas corporation,
Defendant.

**1:10-cv-1374 JMS-TAB**

TO: Encore Receivable Management, Inc.
C/O CT Corporation System, as registered agent
251 East Ohio Street
Suite 1100
Indianapolis, Indiana 46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

_____        OCT 28 2010
Laura A. Briggs, Clerk                  Date

_____
(by) Deputy Clerk

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 11/3/10 @ 11:45 am

NAME OF SERVER (PRINT): Pamela J. Conley

TITLE: Process Server

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant, Place where served: Pat Jones, AGent for CT Corporation, RA, 251 E. Ohio St., #1100, Indianapolis, IN 46204

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-3-10
Date

Signature of Server

Express Process Service
8418 Brookville Road
Indianapolis, IN 46239
Address of Server

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Indiana

Case Number: 1:10-CV-1374 JMS-TAB

Plaintiff:
**Susan Hamman**

vs.

Defendant:
**Encore Receivable Management, Inc.**

Received by EXPRESS PROCESS SERVICE, INC. on the 1st day of November, 2010 at 2:55 pm to be served on **Encore Receivable Management, Inc. c/o CT Corporation System, Registered Agent, 251 E. Ohio Street, Suite 1100, Indianapolis, IN 46204**.

I, Pamela J. Conley, being duly sworn, depose and say that on the **3rd day of November, 2010 at 11:45 am**, I:

Delivered a true copy of the **Summons and Complaint** to Pat Jones, Agent at the aforementioned address, who stated that they were authorized to accept service.

**Description** of Person Served: Age: 26, Sex: M, Race/Skin Color: Cauc, Height: 5'9", Weight: 165, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 3rd day of November, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

Pamela J. Conley
Process Server

**EXPRESS PROCESS SERVICE, INC.**
8418 Brookville Road
Indianapolis, IN 46239-9491
(317) 890-1055

Our Job Serial Number: 2010005699
Ref: Hamman v. Encore Receivable