IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF INDIANA
                            INDIANAPOLIS DIVISION

| | |
|---|---|
| Susan Hamman, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:10-cv-1374-JMS-TAB |
| Encore Receivable Management, Inc., a Kansas corporation, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claims against the Defendant with prejudice.

Dated: December 20, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1

# **CERTIFICATE OF SERVICE**

       I hereby certify that on December 20, 2010, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on December 20, 2010, by 5:00 p.m.

Encore Receivable Management, Inc.
c/o Brandee L. Bruening
Crowe & Dunlevy, P.C.
20 N. Broadway
Suite 1800
Oklahoma City, Oklahoma 73102


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com